IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDGAR LEE GUINTHER**                                                                                   **PLAINTIFF**
**ADC # 100017**

VS.                                              **4:23-CV-00822-BRW-JTK**

**JOE PROFIRI, et al.**                                                                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 4) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's federal claims are DISMISSED without prejudice.

2. The Court declines to exercise jurisdiction over Plaintiff's state law claims.

3. The motion for preliminary injunction (Doc. No 8) is DENIED.

3. This action is CLOSED.

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 27th day of September, 2023.

                                                                         Billy Roy Wilson
                                                                         UNITED STATES DISTRICT JUDGE